IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEEANN MEADOWS,

    Plaintiff,                               Case No.  2:14-cv-00482-GBW-SMV

v.

HARTFORD LIFE INSURANCE
COMPANY,

    Defendant.

## ORDER GRANTING EXTENSION OF TIME

THIS MATTER having come before the Court on the Defendant's Unopposed Motion for Extension of Time to respond to the plaintiff's Complaint, the Court finds that good cause exists for granting the motion.

IT IS THEREFORE ORDERED that defendant Hartford Life and Accident Insurance Company (improperly sued as Hartford Life Insurance Company) is granted a 22-day extension of time, up to and including June 19, 2014 to respond to the Complaint in this action.

                                                       U.S. DISTRICT/MAGISTRATE JUDGE

Submitted by:
LEWIS ROCA ROTHGERBER LLP
By:    /s/ Ross L. Crown
    Ross L. Crown
    Attorneys for Defendant Hartford Life and
    Accident Insurance Company
    201 Third NW, Suite 1950
    Albuquerque, NM  87102
    (505) 764-5468
    RCrown@LRRLaw.com


Approved:
DONALD D. VIGIL, P.C.
By     Approved via email
    Donald D. Vigil
    Attorney for Plaintiff Leeann Meadows
    100 Fourteenth St. SW
    Albuquerque, NM  87102
    (505) 847-2020
    donvigil@donalddvigil.com